IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HONGWEI "TERRY" MA**                                                                                   **PLAINTIFF**

v.                            Case No. 3:19-cv-00344-KGB

**NUCOR CORPORATION f/k/a Nucor Steel,**
**Nucor Arkansas, and/or Nucor Steel Arkansas**                                          **DEFENDANT**

## ORDER

Before the Court is plaintiff Hongwei Ma and defendant Nucor Corporation f/k/a Nucor Steel, Nucor Arkansas, and/or Nucor Steel Arkansas's ("Nucor") joint motion for continuance (Dkt. No. 32).  In their motion, the parties state that a continuance of the current May 17, 2021, trial date and all pretrial deadlines set forth in the Court's August 6, 2020, final scheduling Order is necessary because of the Court's recent ruling granting Ms. Ma's motion to amend her complaint and making Nucor's answer to Ms. Ma's amended complaint due only one day before the current discovery deadline (*Id.*, ¶ 1).  The parties also note delays caused by the COVID-19 pandemic and the recent inclement weather (*Id.*, ¶ 2).  For good cause shown, the Court grants the parties' joint motion for continuance (*Id.*).  All deadlines set forth in the Court's August 6, 2020, final scheduling Order in this matter are stayed (Dkt. No. 24).  The Court will set a new trial date and pretrial deadlines by entering separately a new final scheduling Order.

So ordered this 24th day of February 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge