**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HONGWEI "TERRY" MA**                                                                    **PLAINTIFF**

v.                                    Case No. 3:19-cv-00344-KGB

**NUCOR CORPORATION f/k/a Nucor Steel,**
**Nucor Arkansas, and/or Nucor Steel Arkansas**                          **DEFENDANT**

## ORDER

Before the Court is plaintiff Hongwei Ma and defendant Nucor Corporation f/k/a Nucor Steel, Nucor Arkansas, and/or Nucor Steel Arkansas's ("Nucor") joint motion for continuance (Dkt. No. 38). In their motion, the parties state that a continuance of the current August 16, 2021, trial date and all pretrial deadlines set forth in the Court's March 29, 2021, amended final scheduling Order is necessary because of delays due to the pandemic that have caused disruptions in their efforts to complete discovery (*Id.*, ¶¶ 1-3). For good cause shown, the Court grants the parties' joint motion for continuance (*Id.*). All deadlines set forth in the Court's March 29, 2021, amended final scheduling Order in this matter are stayed (Dkt. No. 35). The Court will set a new trial date and pretrial deadlines by entering separately a new final scheduling Order.

So ordered this 16th day of June, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge