IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HONGWEI "TERRY" MA**                                                                                       **PLAINTIFF**

v.                                        Case No. 3:19-cv-00344-KGB

**NUCOR CORPORATION f/k/a Nucor Steel,**
**Nucor Arkansas, and/or Nucor Steel Arkansas**                            **DEFENDANT**

## ORDER

Before the Court is plaintiff Hongwei "Terry" Ma's motion for extension of time to respond to defendant Nucor Corporation f/k/a Nucor Steel, Nucor Arkansas, and/or Nucor Steel Arkansas's motion for summary judgment ("Nucor") (Dkt. No. 47). Ms. Ma requests an extension of 14 days to respond to Nucor's motion for summary judgment due to her counsel's workload (*Id.*, ¶ 2). Ms. Ma states that she has contacted counsel for Nucor who states that he has no objection to the requested extension (*Id.*, ¶ 3). For good cause shown, the Court grants Ms. Ma's motion for extension of time (*Id.*). Ms. Ma shall have up to and including March 10, 2022, to file her response to Nucor's motion for summary judgment.

So ordered this 23rd day of February, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge