# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HONGWEI "TERRY" MA**                                                                                          **PLAINTIFF**

**v.**                                       **Case No. 3:19-cv-00344-KGB**

**NUCOR CORPORATION f/k/a Nucor Steel,**
**Nucor Arkansas, and/or Nucor Steel Arkansas**                                            **DEFENDANT**

## ORDER

Before the Court is the joint motion for continuance of plaintiff Hongwei "Terry" Ma and defendant Nucor Corporation f/k/a Nucor Steel, Nucor Arkansas, and/or Nucor Steel Arkansas ("Nucor") (Dkt. No. 48). The parties state that Ms. Ma has requested an extension until March 10, 2022, to respond to Nucor's motion for summary judgment making defendants reply, should it choose to file one, due March 17, 2022, close to the jury trial set currently for the week of April 11, 2022 (*Id*., ¶ 2). Additionally, the parties state that one of Nucor's key witnesses is currently unavailable to offer testimony at trial due to a serious medical diagnosis (*Id*., ¶ 3). The parties request a continuance of the trial date and all other trial related deadlines in the Court's final scheduling Order for at least three months (*Id*., ¶ 4). The parties state that the continuance would permit the parties time to prepare for trial and engage in alternative dispute resolution (*Id*.). For good cause shown, the Court grants the parties' joint motion for continuance (*Id*.). The Court will reset this matter for trial by separate Order and will issue an amended final scheduling Order that resets all unexpired pretrial deadlines.

So ordered this 10th day of March, 2022.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge