**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

HONGWEI "TERRY" MA                                                    PLAINTIFF

v.                                      **Case No. 3:19-cv-00344-KGB**

**NUCOR CORPORATION f/k/a Nucor Steel,
Nucor Arkansas, and/or Nucor Steel Arkansas**                        DEFENDANT

<u>**ORDER**</u>

Before the Court is plaintiff Hongwei "Terry" Ma's second motion for extension of time to respond to defendant Nucor Corporation f/k/a Nucor Steel, Nucor Arkansas, and/or Nucor Steel Arkansas's motion for summary judgment ("Nucor") (Dkt. No. 50).  Ms. Ma requests an extension of ten days to respond to Nucor's motion for summary judgment due to her counsel's workload (*Id*., ¶ 2).  Ms. Ma states that she has contacted counsel for Nucor who stated that he does not oppose the requested ten-day extension if the Court grants the parties' joint motion for continuance (*Id*. ¶ 3).  The Court granted the parties' joint motion for continuance in an Order dated March 10, 2022 (Dkt. No. 51).  For good cause shown, the Court grants Ms. Ma's motion for extension of time (*Id*.).  Ms. Ma shall have up to and including March 20, 2022, to file her response to Nucor's motion for summary judgment.

So ordered this 11th day of March, 2022.

_Kristine G. Baker_____
Kristine G. Baker
United States District Judge