IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HONGWEI "TERRY" MA**                                                                  **PLAINTIFF**

v.                          Case No. 3:19-cv-00344-KGB

**NUCOR CORPORATION f/k/a Nucor Steel,**
**Nucor Arkansas, and/or Nucor Steel Arkansas**                        **DEFENDANT**

## ORDER

Before the Court is plaintiff Hongwei "Terry" Ma's motion for extension of time (Dkt. No. 62). Ms. Ma requests an extension of ten days in which to file her response to defendant Nucor Corporation f/k/a Nucor Steel, Nucor Arkansas, and/or Nucor Steel Arkansas's ("Nucor") motion to strike portions of her statement of material facts in dispute and summary judgment exhibits which is currently due on April 14, 2022 (*Id.*, ¶¶ 1-2). Ms. Ma states that she has contacted counsel for Nucor who does not object to the requested ten-day extension (*Id.*, ¶ 3). For good cause shown, the Court grants Ms. Ma's motion for extension of time (*Id.*). Ms. Ma shall have up to and including April 24, 2022, to file her response to Nucor's motion to strike portions of Ms. Ma's statement of material facts in dispute and summary judgment exhibits.

So ordered this 14th day of April, 2022.

                                                                Kristine G. Baker
                                                                United States District Judge