IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HONGWEI "TERRY" MA**                                                                                              **PLAINTIFF**

v.                                    Case No. 3:19-cv-00344-KGB

**NUCOR CORPORATION f/k/a Nucor Steel,**
**Nucor Arkansas, and/or Nucor Steel Arkansas**                                               **DEFENDANT**

### ORDER

Before the Court is plaintiff Hongwei "Terry" Ma's motion for leave to file under seal exhibit three to her response to the motion for summary judgment of defendant Nucor Corporation f/k/a Nucor Steel, Nucor Arkansas, and/or Nucor Steel Arkansas ("Nucor") (Dkt. No. 56). Ms. Ma states that the exhibit is a confidential settlement agreement Ms. Ma entered into with U.S. Steel (*Id.*, ¶ 1). Counsel for U.S. Steel does not oppose Ms. Ma filing the document under seal in this action (*Id.*). For good cause shown, the Court grants Ms. Ma's motion for leave to file exhibit three to her response to Nucor's motion for summary judgment under seal (*Id.*).

So ordered this 19th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge