IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HONGWEI "TERRY" MA**                                                                                    **PLAINTIFF**

v.                            Case No. 3:19-cv-00344-KGB

**NUCOR CORPORATION f/k/a Nucor Steel,**
**Nucor Arkansas, and/or Nucor Steel Arkansas**                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date and this Court's prior Orders, it is considered, ordered, and adjudged that judgment is entered in favor of defendant Nucor Corporation f/k/a Nucor Steel, Nucor Arkansas, and/or Nucor Steel Arkansas on plaintiff Hongwei "Terry" Ma's claims under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e, *et seq.*; the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621, *et seq.*; and the Arkansas Civil Rights Act ("ACRA"), Arkansas Code Annotated § 16-123-107, *et seq.* The Court dismisses Ms. Ma's amended complaint with prejudice; the relief requested is denied (Dkt. No. 29).

So ordered this 29th day of August, 2022.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge